we want all judges people to go
Forward with case of national
Significance drunk driver almost
Killed me        us veteran
                phone number
                972 799 1382



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 4 2025

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

3-25 CV 1414 - K

# Affadavit
## LETTER

We are (I am) writing a letter to all

Supreme Court judges about wanting them

to take actions against those who wronged

me.   We are starting a 1983 case against

them.   From the now going back there are

30+ people, and some are with 298 th

(5 th) appeal court Dallas.   Others are with

Meynier, Liber, Matte, Hofland, Del Valle,

MAS, and Thompson law firms.   Dallas

criminal Carlos Jimenez Gonzalez drunk

driver, and Progressive Insurance

employees were, and still are wrong.   We

are wanting our (cases) case to go forward

because it has been 5 years of suffering

losses of money, time, and wages.   We

want property, and money (as much as

possible) from those who wronged me,

and we want them to sent to prison.

Table of Contents

.

Citings to the reporter's record

Identity of Parties, and Attorneys                              .

Additional Parties (people)

Index of Authorities

Statement of the Case

Issues Presented

Statement of Facts

Summary of the Argument

Arguments

Prayer

Appendix

Certificate of Service

Citings to reporter's record

Reporter's record does not have time on it.  There is no beginning time.  There is no start time.

Lawyer lied on appearances.  Lawyer did not give full name (Nicholasa Louis Vincent)  Mr. Nicholas

Vincent (rt 2 6)

Lawyer withheld two law firm addresses (San Antonio, and Houston)  meynier, liber, matte, hofland, del

valle 17950 Preston Road

(3800 Horizon Hill Rd, San Antonio, Tx, and Katy Frwy Houston Tx) (rt 2 7)

Lawyer did not give valid number 972 532 5360 (rt 2 9)

Index is not in alphabetical order (Adjournment, Argument's, Announcements, Court Reporter's

Certificate, Court's Ruling )

Announcements, Argument, Court's ruling,  Adjournment, Court Reporter's Certificate (rt 3 6-10)

Lawyer lied about evidence as I have had it out for five years . . has not produced any evidence to be

able .

(rt 4 12 13)

Lawyer lied about representation . . I never had appropriate representation . . Plaintiff did have

an attorney about six months ago (rt 4 22)

Lawyer lied about sending motion . . I never got motion nor notice.  And that's where we served him

with notice of this motion (rt 24-25)

Court shorthand reporter Csr 8809 operated with expired license (expired 5-31-2024)  Jennifer Jacobs (rt

6 22 23)

Judge erred failing to fin out truth facts about case

Judge made bad judgement

Emily Tobowolsky # 20087600

Lawyer lied way too much

Nicholas Louis Vincent # 24090850

insurance company not handled case wrong, the law firms not committed crimes against me, and 298 th

court not erred (wronged me also . . also committed crimes against me I wouldn't  have to suffer daily

more, and more.

Identity of Parties, and Attorneys

All parties from the trial court were/are Emily Tobowolsky #20087600 (298 th court George Allen Sr.

Courts bldg. 600 Commerce Street, Dallas, Texas 75202 ph. # 214-653-7011),  Nicholas Louis Vincent

#24090850 Meynier, Liber, Matte, Hofland, and Del Valle law firm 17950 Preston Road Dallas, Texas,

and Jennifer Jacobs Csr #8809.

additional parties (people

Abusaad Nazeh Rebhi Abusaad # 24006729

MAS law firm

Adjustor progressive insurance

Agent Casey Colby progressive

Burroughs Nicole Burroughs chief clerk    298th court

Carolyn Dupree Brown court coordinator    298th court

Edwin employee Thompson law firm

Gonzalez Carlos Jimenez Gonzalez drunk driver

progressive

Jennifer Jacobs  Csr 8809    298th court

Kraus Charles Richard Kraus #24118659

MAS

Meeker Madeline Meeker

MAS

Miserlian Robin Amy Ivey Miserlian # 24106317

progressive

Modjarrad Sean Shahin Modjarrad #24027398

MAS

Navai Shahriar Daniel Navai # 24141193

MAS

Owen Kenneth Davis Owen #24125934

MAS (meynier

Saba Fareed S Saba #24119279

MAS

Said Mohammad Youssef Said # 24061101

MAS

Salgado Rebecca Salgado

MAS

Shelton Jeff Daniel Shelton #24011458

MAS

Solano Jasmine Solano                                             MAS

Tate Kari Tate csr 8010          wendy wade roberts court reporters          MAS

Thompson Ryan Ladd Thompson #240466969                    thompson law firm

Tobowolsky Emily Tobowolsky #20087600          298th court

Vaghefi Mehdi Vaghefi   #24128887                      MAS

Vela Carla Vela                                         MAS

Viera Melissa Viera                                     MAS

Vincent Nicholas Louis Vincent #24090850    meynier, liber, matte, hofland, del valle          progressive

Withem Jack Wolter Withem #24102657                .          MAS

.

Index of Authorities

(table of authorities)

Gonzalez (Carlos Jimenez) broke a lot of Texas laws, and still hasn't paid for wrongs, nor has he (and

others) been punished yet.  Cases, (and laws in accordance) in this brief are going to be only on this

page.  March 14, 2025 in Austin, Texas drunk Araya (37) killed 5 people in a 17 car pileup.  Gonzalez may

have killed someone before almost killing me, and may kill again.  November 2021 drunk Molina

(26) killed Cervantes, and tried fleeing the crime just like Gonzalez.  September 30, 1998 Beto O'Rourke

was in wreck on substances, and tried fleeing from the scene just like Gonzalez.  A motorcyclist on

substances killed a passenger, and a Ft. Worth lawyer went public with the truth.  Drunk driver killed my

high school best friends family member on I-30 by I-75 Dallas Texas.

Statement of the Case

The case is about a drunk driver that committed crimes.  The case is about an insurance company

that failed handling case, law firms (lawyers, and their employees) that committed crimes, and failed

doing job.  The case is about lower court (298 th, and their employees) that committed errors of law,

and were wrong.  The drunk driver failed using turn signals, was texting, drinking, and driving.  The

drunk driver crossed over lanes wrecking my vehicle (pushing it into oncoming traffic), and damaging

(permanently) my body.

Issues Presented

Reasons for the appeal are

Errors of law

298 th court

Court, and law firm deliberately made it to where I was unable to be at hearing as I was never notified.

Errors of law

Judge

Judge (court), and it's people failed finding out truth (facts) about the wreck, and facts that evidence has been out for several years as well as documented with law firms (case dc 21-05106, and case #211396), and insurance company.

Errors of law

Lawyer

Lawyer lied on document Jan 23, 2024, and all the way through hearing Sep 25, 2024.

Errors of law

A lot of errs from reporter's record were no time noted, lawyer lying on appearances, index not in alphabetical order, judge unaware of evidence, and facts; lawyer lying more on page 4 lines 11-25 (rt 4 11-25), and csr 8809 operating with an expired license of May 31, 2024 page 6 line 23 (rt 6 23).

Errors of law

Law firms

Previous law firms (mas law, thompson law . . meynier, liber, matte, hofland, del valle) committed crimes against me (worsening (suffering losses of wages, money, and time) living situation after wreck.

Errors of law

Additional parties (people) need to be (have to be ) added because we found out who criminals were from 298 th court, mas law firm, meynier, liber, matte, hofland, del valle, thompson law firm, and progressive insurance.

Errors of law

Because actual crimes were committed, facts that there was, and still is evidence against people appeal, and further action is necessary.

There always has been substantial facts, (documents, emails, letters) evidence, videos in my favor (proving my case valid), and there still is.

Statement of facts

May 2019 a drunk driver almost killed me.  Right after the wreck I caught him on video.  He failed

using turn signals, was texting, drinking, and driving.  I saw him.  He actually tried to flee from the

scene of the crime.  Later he actually changed his physical address to avoid charges, and prosecution.

Evidence from the wreck, and about the wreck have been out to the public on youtube.  Videos on

youtube 'wreck not our fault'  Jeff Nelson channel youtube,  to the world damages because of

Carlos Jimenez Gonzalez youtube,  near fatal wreck because of Carlos Jimenez Gonzalez youtube,

wreck wreck not our fault youtube,  and others prove all that really happened.

A lot of evidence, and facts have been out for years on youtube supporting this case.  Also that proves

(errors of law) reporter's record (lies from lawyer vincent) page 4 line 12, and 13 wrong about producing

(providing, and prooving) evidence.  For the record I have to add progressive insurance company

(and it's people) failed handling  the case right,  Thompson law firm (lawyers, and it's people),  MAS law

firm (lawyers, and it's people),  and 298 th court (and it's people)  all were, and still are wrong.

The wreck case number started as 211396, and the dc-21-05106, and now it is 05-24-01363.  I also have

to report (to add) facts that there further violations of all my rights with Thompson law firm, MAS

law firm, and some others.  There were actual attacks threats (assaults, abuse, bullying, and

harassments) from MAS law firm people (S Dan Navai, Robin A.I. Miserlian, Jeff D Shelton, and Kari Tate

csr8010).  All of that was/is true, and I actually have an audio recording right after an attack.

Also evidence, and facts about (proving) deceptive emails, lies in (on) the emails, and deceptive

letters with lies about court, jury trials, and hearings I have.  The lying,  the failure of communication,

violations of rule 8.4 (and more),  and further violations of all my rights went on for five years.  The

wreck (still suffering from injuries ptsd),  and all of the wrongs people have done;  the losses of wages,

money, and time have made it almost impossible to recover.  Facts about what people have done have

worsened my life.  I want the case reversed.

Because 298 th court judge made a bad judgement (failed finding out truths, and facts about the

wreck) (rt 1-6) . . because people lied to me (deceiving me) about a hearing . . because lawyer lied all the

way through a hearing (and on documents), and because csr 8809 operarated with an expired license

(May 31, 2024) (rt 6 23)  I want case reversed, and further action taken.  Errs to reporter's record are

also no start time was noted, and index wasn't in alphabetical order.  Lawyer lied in appearances

withholding real name, number, and address.  Two of Meynier, Liber, Matte, Hofland, Del Valle

addresses are not there. (rt 2 6-9)  Lawyers (and their employees) haven't paid for their wrongs

violating me;  the insurance company hasn't paid for injuries, and the drunk driver hasn't paid for

injuries nor damages.  I want substantial action taken against them.  Because of their wrongs I've had to

suffer,  and I want them all to pay.  Because of other people's (errs) wrongs I'm having

to appeal what was wrong, and go forward.

   Only 27 of the people that actually wronged me (actually committed crimes against me, and further

viloated all my rights) I am aware of.  I want to know the rest of them all.  That's too many people out

there committing more crimes.  Acts they took were egregious, and when I needed support help

there wasn't any.  Law firms were also dilatory.

Summary of the Argument

Arguments we are going to make in our brief are facts that for 5 years we have suffered because of

crimes committed by Dallas criminal Carlos Jimenez Gonzalez drunk driver, Progressive Insurance,

Thompson law firm, MAS law firm, Meynier, Liber, Matte, Hofland, Del Valle, and 298 th court Dallas,

Texas.  All of them need to (have to) be taught a lesson.  I am right by continuing to ask we (I) want

property, and money (as much as posssible) from those who wronged me, and we (I) want them all sent

to prison. We (I) want courts do what we want because it's right.  Facts are drunk driver almost killed

me. Facts are the wreck was worse than noted. Facts are I caught Gonzalez on video trying to flee run

from the scence of crime. I reported it. The wreck was documented with Progressive Insurance

where a racist adjustor, and agent Casey Colby handled the case wrong. I went to Thompson law firm

where they (were negligent violating rule 8.4) further violated all my rights. The fact that the wreck

actually happened a case was started #211396. We never gave Thompson law (Edwin, and employees

there) nor anyone with them permission to do anything with my case nor further violate all my rights.

Thompson law was nonfeasant (failed to perform acts of law). We still want to know all of the people

with Thompson law firm that acted wrong with my case, and we want them punished. The people

wrong with Thompson law sent my case to MAS law firm.  All of them actually committed crimes

against me.  All of them were/are wrong.  Jasmine Solano was first with further viloating all my rights.

She violated all of my rights during a meeting.  The law firm (she) failed focusing on crimes of the drunk

driver.  Nothing had anything to do with the main issue (fact) that a drunk driver almost killed me.

They also operated egregiously.  Mas, and all their people need to be sent to prison as a minimum. Not

only because of what they did to me, but what they can do to others.  All of this actually happened, and

crimes were committed against me.  There were  actual criminal employees (committing criminal

actions.  Nonfeasance was done with fact that they were, and still are breaking Texas law by withholding

my medical records. with MAS law firmhim, Attack, assault, threat by Shahriar Daniel Navai was

malfeasant.  Facts that I was mistreated, and for so long has to be acted on.  Negligence was co

committed the entire time.  All of the law firms committed crimes (egregious acts), and were dilatory.

    With Issues presented all of the people (going back to actual criminal activities by the drunk driver,

insurance company, and the law firms) written about here have to pay (losses of wages, money, and

time).  Actual Arguments are all against (from the now going back) 298 th court for their errors of law

(failing to find out truth (facts) about wreck, and bad judgement.  Also lawyer lied on document Jan 23,

2025, and all the way through a Sep 25, 2025 hearing. Also errors of law (a lot) were with reporter's (Csr

8809 Jennifer Jacobs operated with an expired license May 31, 2024) record (see citing to reporter's

record), employees Nicole Burroughs chief clerk, and Carolyn Dupree Brown court coordinator never

notified me of hearing. Those were there were deliberate acts of wrong ( malfeasance) making sure I

wouldn't be allowed in hearing. As a matter of fact court (MAS law firm) sent deceptive letter (lie) that

there was a jury trial Nov 4, 2024. I never found out about the crimes committed against me In

September, and before until November. Issues with MAS law firm were actual crimes. Emails with

deceptive (lies) times, and dates about court, and 'jury trials' that never happened were sent.  There

were lies about them communicating with courts, but no evidence.  Everything they sent was all lies.

They never returned any phone calls.  There was never any honesty about (crimes they were

committing) what tehy were doing.  Shahriar Daniel Navai actually threatened me.  An actual attack,

assault (abuse, bullying, and harassment) can be filed again against him Robin (Amy Ivey) Miserlian, Jeff

D. Shelton, and Kari Tate Csr 8010.  I actually have recording (audio) after the attack, assault abuse.

The law firm (employees) never let us (me) know what they were really doing.  MAS lied to me for

several years, and we (I) want all of them to pay.

Rebecca Salgado (mas), Jack Wolter Withem #24102657 (mas), Carla Vela (mas), Melissa Viera (mas),

Mehdi Vaghefi #24128887 (mas), (Kari Tate Csr 8010) wendy wade roberts court reporters - mas,

Fareed S Saba 324119279 (mas), (Jasmine Solano -mas), Mohammad Youssef Said

#24061101 (mas), (Nicholas Louis Vincent #24090850) (progressive, meynier, liber, matte, hofland, del

valle) Emily Tobowolsky #20087600 (298 th court), Ryan Ladd Thompson

#240466969 (Thompson law), Jeff D. Shelton #24011459 (mas), Kenneth Davis Owen #24125934

(progressive mas), Shahriar Daniel Navai # 24141193 (mas), Sean Shahin Modjarrad #24027398 (mas),

Robin Amy Ivey Miserlian #24106317 progressive mas), Madeline Meeker (mas), Jennifer Jacobs Csr

8809 (298 th court), Dallas criminal Carlos Jimenez Gonzalez drunk driver, Edwin an employee with

Thompson law firm, Carolyn Dupree Brown court coordinator (298 th court), Nicole Burroughs chief

clerk (298 th court), agent Casey Colby progressive insurance, a racist adjustor with progressive

insurance, Nazeh Rebhi Abusaad #24006729 (mas), Charles Richard Kraus #24118659 (mas),

and others really all did commit crimes against me; and further violate all of my rights.

Arguments

A drunk driver almost killed me (it is a fact), and has to pay for damages (loss of vehicle, loss of wages,

money, and time).  And also physical injuries.  Permanent body injuries.  It is fact.  It has been (evidence)

out on youtube for several years (at 'wreck not our fault' Jeff Nelson channel youtube).  Also evidence is

at 'to the world damages because of Carlos Jimenez Gonzalez' youtube, 'near fatal wreck because of

Carlos Jimenez Gonzalez' youtube, 'wreck wreck not our fault youtube', and more.

Because the insurance company never handled case right they need to (have to) pay.  Because the

Prayer

We want property, and money (as much as possible) from those who wronged us.  We want them

sent to prison.

Appendix

We want the court to take the right acts ( do the right thing ) because for 5 years the people in this

brief all have done the wrong acts (committed crimes against me, and done multiple wrongs).

We want property, and money (as much as possible) from them.  And we want them sent to prison.

The truth was/is that I was never even given a chance to go forward my life, present my case, or seek

justice.

First of all I was/am a real victim of people's crimes (for real a drunk driver almost killed me) for 5

years.  I was never notified of any September 25, 2024 hearing.  I had/have several years of documents,

emails, facts, evidence, exhibits, information, letters, and videos in my favor.  Second of all a letter

I received claiming a November 4, 2024 jury trial proves the court (courts people (law firms)

were/are guilty of deception, false information) were/are guilty of crimes.

Reality was/is there were years of malfeasance, and nonfeasance acts.  Letters sent as deliberate

deceptive acts (people sent a letter claiming a jury trial November 4, 2024 that never happened).  I was

ready to go, but the law firms, and court had alrady done wrong without me knowing until November.

Relevant, and substantial are facts reality was/is there were years of egregious, and dilatory acts.

Because of the seriousness of what people have done, not only do they need (have to)

to be taught a lesson; they need to pay, and be sent away (some forever) meaning the

Dallas criminal Carlos Jimenez Gonzalez.

Certificate of Service

Friday March 14 2025 at 5 p.m. we mailed photos (evidence exhibits) to both judges, and lawyers.

Judges at 600 Commerce St #200 Dallas, Texas 75202

Lawyers at 3800 Horizon Hill ste 101 San Antonio, Texas 78229

Saturday March 15, 2025 at 11:45 pm we mailed photos (evidence exhibits) to both judges, and lawyers.

Judges at 600 Commerce St #200 Dallas, Texas 75202

Lawyers at 600 Horizon Hill ste 101 Dallas, Texas 78229



U.S. POSTAGE PAID
FCM LG ENV
DALLAS, TX 75243
MAY 29, 2025
$2.87
S3224M502316-7

Retail

75242

RDC 99

to all everyone
US DISTRICT COURT TX
NORTHERN DISTRICT TX
11000 COMMERCE 14452
DALLAS TX 75242

X-RAY

J
NELSON
13220 esperanza rd
unit 224
Dallas TX 75240

RECEIVED - 1

JUN - 4 2025

MAILROOM